

# Fourth Court of Appeals
## San Antonio, Texas

July 3, 2018

No. 04-18-00116-CR

Leonard Earl **WHITE-WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 227th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR3193C
Honorable Kevin M. O'Connell, Judge Presiding

# O R D E R

Appellant's second motion for extension of time to file the appellant's brief is granted. We order appellant's counsel, Victor M. Valdes, to file the appellant's brief by August 1, 2018. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of July, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court